CHRISTOPHER AUGAT *vs.* JOHANNA TETMEYER.

Third Judicial District, Bridgeport, October Term, 1919.
WHEELER, BEACH, GAGER, CASE and CURTIS, Js.

The maxim *de minimis non curat lex* is applicable to the alleged erroneous allowance of an item of interest of $4 or thereabouts in a judgment for $152, and an appeal to this court solely upon such ground is not justified.

Argued November 5th—decided December 22d, 1919.

ACTION by the payee against the maker of a promissory note for $150, brought to and tried by the Court of Common Pleas in Fairfield County, *Booth, J.;* facts found and judgment rendered for the plaintiff for the amount of the note with interest, less the sum of $11.50 allowed the defendant upon her counterclaim, from which she appealed. *No error.*

*Albert McC. Mathewson,* for the appellant (defendant).

*Joseph G. Shapiro* and *Charles H. Shapiro*, for the appellee (plaintiff).

PER CURIAM.   Certain items of the defendant's counterclaim were allowed in reduction of the amount claimed by the plaintiff; others were disallowed.   The finding conclusively settled every matter in dispute, save an item of interest amounting to something over $4, which it is claimed the court erroneously allowed. This did not justify an appeal, and our disposition of the case is manifestly controlled by *Neville* v. *Frary*, 88 Conn. 50, 89 Atl. 882, and the earlier cases there referred to.

There is no error.